

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-10-00414-CV

## IN RE STACY MARIE ROSS

_____

## Original Proceeding

_____

## MEMORANDUM  OPINION

_____

Stacy Marie Ross has filed a motion to dismiss the petition for writ of mandamus. Ross filed a petition for writ of mandamus requesting this Court to compel the trial court to grant her motion for judgment nunc pro tunc to correct a clerical error in the final order of termination. After the petition was filed, the case was transferred to a new trial court. This Court abated the proceeding to allow the new trial court to hear the motion for judgment nunc pro tunc. Ross states that the trial court granted the motion and signed an order correcting the final order of termination. The motion is granted, and the petition for writ of mandamus is dismissed.

AL SCOGGINS
Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; petition for writ of mandamus dismissed
Opinion delivered and filed April 6, 2011
[OT06]